**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MAGDALENA L. PINO, | ) | NO. CV 14-5524-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

    DATED: March 24, 2015.

                                                _____/S/_____
                                                      CHARLES F. EICK
                                          UNITED STATES MAGISTRATE JUDGE